UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | CASE NO. 25-cv-00728-JHC |
| Plaintiff, | ORDER |
| v. | |
| CORPORATE RECOVERIES INCORPORATED, | |
| Defendant. | |

  Before the Court is the parties' Proposed Case Scheduled. Dkt. # 18. The Court sets trial in this matter for November 16, 2026. The Court DIRECTS the Clerk to issue a case scheduling order that follows the Court's standard pretrial schedule.

  Dated this 3rd day of November, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1