UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTTSDALE INSURANCE COMPANY,

    Plaintiff/Counterclaim Defendant,

    v.

CORPORATE RECOVERIES
INCORPORATED, a Washington
corporation,

    Defendant/Counterclaimant.

CASE NO. 2:25-cv-00728-JHC

ORDER GRANTING
PLAINTIFF'S/COUNTERCLAIM
DEFENDANT'S MOTION FOR LEAVE TO
FILE AMENDED COMPLAINT

Before the Court is "Defendant's First Motion for Leave to Amend Answer Affirmative Defenses and Counterclaim." Dkt. # 23. The motion is unopposed. Dkt. # 30. The Court GRANTS the motion.

//

//

//

ORDER - 1

DATED this 27th day of February, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER - 2