UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTTSDALE INSURANCE COMPANY,

    Plaintiff/Counterclaim Defendant,

v.

CORPORATE RECOVERIES INC., a
Washington Corporation,

    Defendant/Counterclaimant.

No.: 2:25-cv-00728-JHC

ORDER

THIS MATTER comes before the Court on the parties' Joint Motion to Continue Trial Date and Amend Case Schedule.  Dkt. # 39.  Based on the good cause presented, and the record, the Court CONTINUES trial to **April 12, 2027, at 1:30 p.m.** (3-5 days jury trial). The Clerk is DIRECTED to issue a case scheduling order that sets deadlines, beginning with expert disclosures, in accordance with the Court's standard pretrial schedule.

DATED this 25th day of March, 2026.

_____
John H. Chun
United States District Judge

ORDER GRANTING JOINT MOTION
TO AMEND CASE SCHEDULE AND
CONTINUE TRIAL
NO.: 2:25-cv-00728-JHC