UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>CORPORATE RECOVERIES INC., a Washington Corporation,<br><br>Defendant/Counterclaimant. | No.: 2:25-cv-00728-JHC<br><br>ORDER GRANTING JOINT MOTION TO AMEND CASE SCHEDULE AND CONTINUE TRIAL<br><br>(CLERK'S ACTION REQUIRED) |

THIS MATTER comes before the Court on the Parties' Second Joint Motion to Amend Case Schedule and Continue Trial Date. Dkt. # 45. Based upon the good cause established by said Motion, and the court record herein, the Court hereby GRANTS the Parties' Joint Motion and ORDERS that the trial in this matter is continued to November 1, 2027, at 1:30 p.m. (3-5 days jury trial). The Court DIRECTS the Clerk to issue a standard scheduling order that includes pretrial deadlines.

DATED this 31st day of August, 2026.

John H. Chun

John H. Chun
United States District Judge